# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-4169

_____

Raymond Baba Atimbaneme,

*Petitioner,*

v.

Jefferson B. Sessions, III, Attorney General of the United States,

*Respondent.*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: August 7, 2017
Filed: August 14, 2017
[Unpublished]

_____

Before COLLOTON, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Raymond Baba Atimbaneme, a citizen of Ghana, petitions for review of an order by the Board of Immigration Appeals (BIA) denying his motion to reopen, which was based on his claim that counsel provided ineffective assistance in proceedings on his application for a waiver of inadmissibility.

We grant Atimbaneme's motion to withdraw his first motion to file an amended opening brief, and we deny his second motion to file an amended opening brief. Turning to the merits, we conclude that the BIA did not abuse its discretion in denying the motion to reopen, as the BIA did not fail to offer a rational explanation for its decision, depart from its established policies without explanation, ignore or distort the evidence in the record, or rely on legal error or impermissible factors. *See Valencia v. Holder*, 657 F.3d 745, 748 (8th Cir. 2011). The petition for review is denied.

_____